IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL BRAZELL, Jr.**                                                                                    **PLAINTIFF**
**ADC #500711**

v.                          Case No. 5:14-cv-00238-KGB-JJV

**A. RUH, Lieutenant, Maximum**
**Security Unit;** *et al.*                                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Dispositions ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. Nos. 11, 20). No objections have been filed, and the time for doing so has passed. After careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Plaintiff's motion for preliminary injunction and temporary restraining order is denied (Dkt. No. 3).

2. Plaintiff's second motion for temporary restraining order is denied (Dkt. No. 10).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the Recommendations would not be taken in good faith.

SO ORDERED this the 14th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE