IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL BRAZELL, Jr.**  **PLAINTIFF**
ADC #500711

v.   Case No. 5:14-cv-00238-KGB-JJV

**A. RUH, Lieutenant, Maximum
Security Unit;** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 44). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Clerk of Court alter the docket to reflect that defendant "A. Ruh" is properly "Andrew Ruh," that "C. Strickland" is "Charles Strickland," that "R. Owens" is "Ricky Owens," that "C. Lowery" is "Corey Lowery," that "W. Straughn" is "William Straughn," that "S. Outlaw" is "Steve Outlaw," and that "M. Williams" is "Maurice Williams."

2. Defendants' motion for summary judgment is granted (Dkt. No. 40).

3. Plaintiff's complaint is dismissed without prejudice for failure to exhaust administrative remedies (Dkt. No. 2).

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this the 21st day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE