IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL BRAZELL, Jr.**                                                                               **PLAINTIFF**
**ADC #500711**

v.                          Case No. 5:14-cv-00238-KGB-JJV

**A. RUH, Lieutenant, Maximum**
**Security Unit;** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

SO ADJUDGED this the 21st day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE